# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **MARY BEATTIE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:19-cv-00021-JHM-CHL |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | |
| **Defendant.** | |

## MOTION TO TRANSFER VENUE

Defendant Life Insurance Company of North America ("LINA") moves this Court to transfer venue pursuant to 28 U.S.C. §1404(a). As grounds for this Motion, LINA has tendered a Memorandum in Support herewith. Because neither Plaintiff nor any of the facts related to her claim or this case have any connection to the Western District of Kentucky, LINA respectfully requests to have this action transferred to the Middle District of Florida, Orlando Division, where venue is proper. For the reasons set forth in LINA's accompanying Memorandum in Support, Defendant respectfully requests this Court to transfer this action to the Middle District of Florida, consistent with Plaintiff's current residence.

1

Respectfully submitted by:

*/s/ William B. Wahlheim, Jr.*
William B. Wahlheim, Jr.
Grace R. Murphy
(Admitted *Pro Hac Vice*)
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
wwahlheim@maynardcooper.com
gmurphy@maynardcooper.com
*Counsel for Defendant Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael D. Grabhorn
m.grabhorn@grabhornlaw.com
Andrew Grabhorn
a.grabhorn@grabhornlaw.com
Grabhorn Law
2525 Nelson Miller Parkway, Suite 107
Louisville, KY 40223
P: (502) 244-9331
F: (502) 244-9334
*Counsel for Plaintiff Mary Beattie*

                                      */s/ William B. Wahlheim, Jr.*
                                      William B. Wahlheim, Jr.