# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MARY BEATTIE,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Civil Action No. 3:19-cv-00021-JHM |

## ORDER

  Defendant Life Insurance Company of North America ("LINA") has filed a motion seeking to transfer this case to the Middle District of Florida, Orlando Division. Dkt 10. While ERISA provides for nationwide venue thereby making her complaint properly before this Court, to avoid any unnecessary delay in the prosecution of her claims, Plaintiff Mary Beattie does not oppose transferring her lawsuit to the Middle District of Florida, Orlando Division. Therefore, the Court being otherwise sufficiently advised;

  **IT IS HEREBY ORDERED** Defendant's motion is **GRANTED**. This action is transferred to the U.S. District Court for the Middle District of Florida, Orlando Division.

*Joseph H. McKinley*

Joseph H. McKinley Jr., District Judge
United States District Court

March 7, 2019